AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

GCM AIR GROUP, LLC, a Nevada Limited
Liability Company,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-CV-00168-BES-RAM**

CHEVRON U.S.A., INC., a Pennsylvania
Corporation,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant Chevron U.S.A. Inc.'s Motion for Summary Judgment (#53) is GRANTED.


   March 25, 2009                                        **LANCE S. WILSON**
                                                                         Clerk


                                                                        /s/ D. R. Morgan
                                                                         Deputy Clerk