1  **SANTORO, DRIGGS, WALCH,**
   **KEARNEY, HOLLEY & THOMPSON**
2  JAMES W. PUZEY, ESQ.
   Nevada Bar No. 5745
3  800 S. Meadows Parkway, Suite 800,
   Reno, Nevada 89521
4  Telephone:   775-851-8700
   Facsimile:   775-851-7681
5  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GCM AIR GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON U.S.A, Inc., a Pennsylvania Corporation,<br><br>Defendants. | Case No.   3:07-CV-00168<br><br>**STIPULATION AND ORDER DISMISSING CHEVRON U.S.A., INC. WITH PREJUDICE** |

Plaintiff, GCM AIR GROUP, LLC ("GCM"), by and through its counsel of record, JAMES W. PUZEY, ESQ., of Santoro, Driggs, Walch, Kearney, Holley & Thompson, and Defendant, CHEVRON U.S.A., INC. ("CHEVRON") and by and through its counsel, RICHARD V. NORMINGTON, ESQ., OF KING & SPALDING, having reached settlement of this matter, by and through their undersigned counsel of record, hereby stipulate and agree that this entire action is dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

*///*

*///*

*///*

*///*

*///*

| | |
|---|---|
| DATED this 12th day of March 2012.<br>**SANTORO, DRIGGS, WALCH,**<br>**KEARNEY, HOLLEY & THOMPSON** | DATED this 12th day of March, 2012.<br>**KING & SPALDING** |
| By: /s/ JAMES W. PUZEY, ESQ.<br>    JAMES W. PUZEY, ESQ. | By: /s/ RICHARD NORMINGTON, ESQ.<br>    RICHARD NORMINGTON, ESQ. |
| **Attorney for Plaintiff** | **Attorney for Defendant** |

### ORDER

**IT IS HEREBY ORDERED** that this entire action is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated this  12th  day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

- 2 -